STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DONALD F. VENABLE, DEFENDANT-PETITIONER.

*Messrs. DiMartino & Lack* for petitioner.

*Messrs. Norman Heine,* Camden Prosecutor, and *Joseph Tomaselli,* Assistant Prosecutor for respondent.

October 4, 1965.   Denied.

WILLIAM J. CLARK, PLAINTIFF-PETITIONER, v. EDWARD KADET, DEFENDANT-RESPONDENT.

*Mr. Frank Romano* and *Mr. John J. Winberry* for petitioner.

*Messrs. Breslin & Breslin, Troast, Mattson & Madden* for respondent.

October 4, 1965.   Denied.